UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Tides Center,<br><br>        Plaintiff,<br>  v.<br><br>Executive Office for United States Trustees, Department of Justice,<br><br>        Defendant.<br>_____/ | No. C07-02621<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 21, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **August 24, 2007** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on August 17, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: May 18, 2007                          RICHARD W. WIEKING,
                                                    Clerk of Court

                                                    /s/*Patty Cromwell*
                                                    Patty Cromwell
                                                    Courtroom Deputy for
                                                    Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Natalie Leonard    nleonard@mofo.com, mlechwar@mofo.com

4  William McGrane    wmcgrane@mcgranegreenfield.com, ddoremus@mcgranegreenfield.com

5

6  Christopher D. Sullivan    csullivan@bztm.com, rwainess@bztm.com, thopper@bztm.com,
   pbrown@bztm.com, rpelayo@bztm.com

**United States District Court**
For the Northern District of California

2