UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIDES CENTER

          Plaintiff(s),

v.

EXECUTIVE OFFICE FOR THE
UNITED STATES TRUSTEE, ET AL.
          Defendant(s).
_____/

Case No. C 07-2621

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 30, 2007

                                                  LARRY ENGEL
                                                PROJECT DIRECTOR FOR THE CONSUMER
                                                BANKRUPTCY COUNSELING PROJECT OF
                                                THE TIDES CENTER

Dated: July 30, 2007

                                                  WILLIAM McGRANE
                                                  ATTORNEY FOR PLAINTIFF TIDES CENTER

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05