G. LARRY ENGEL [053484]
NATALIE LEONARD [236634]
MORRISON & FOERSTER LLP
425 Market Street, 30th Floor
San Francisco, CA 94105
Telephone: (415) 268-6927
Facsimile:    (415) 276-7160
Email: Nleonard@mofo.com

WILLIAM MCGRANE [057761]
CHRISTOPHER D. SULLIVAN [148083]
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone:    (415) 283-1776
Facsimile:    (415) 283-1777
Email: wmcgrance@mcgranegreenfield.com

Attorneys for Tides Center

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 8/20/07*

| | |
|---|---|
| TIDES CENTER,<br><br>    Petitioner,<br><br>v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. CV 07-02621 RMW<br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO FILE RULE 26(F) REPORT AND FILE CASE MANAGEMENT STATEMENT |

Plaintiffs TIDES CENTER ("Plaintiff") and defendant EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE ("Defendant"), acting through undersigned counsel of record hereby stipulate to request the Court to continue the Initial Case Management Conference currently set for August 24, 2007, for approximately ninety days, to November 16, 2007, at 1:30 p.m., and extend for approximately ninety days, from August 14, 2007, to November 6, 2007, the date to file the Rule 26(f) Report, complete initial disclosures or state objection to the Rule 26(f) Report, and file a Case Management Statement.

The continuance of the Initial Case Management Conference and extension of the accompanying deadlines will allow the parties to move forward with the ADR process and an opportunity to complete preliminary settlement discussions, which appear promising to resolve this action.

Dated: August 1, 2007

MORRISON & FOERSTER LLP

McGRANE GREENFIELD LLP

By: /s/ William McGrane
William McGrane

Attorneys for Tides Center
McGRANE GREENFIELD LLP

EXECUTIVE OFFICE FOR
UNITED STATES TRUSTEES,
DEPARTMENT OF JUSTICE

By: /s / Herbert E. Forrest
Herbert E. Forrest

Counsel for EXECUTIVE OFFICE
FOR UNITED STATES TRUSTEES

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
EXTENDING TIME TO FILE RULE 26(F) REPORT AND FILE CASE MANAGEMENT STATEMENT
CASE No. 07-02621 RMW

**ORDER**

Good cause appearing, it is hereby ordered that the Initial Case Management Conference currently set for August 24, 2007, is continued to November 16, 2007, at ~~1:30 p.m.~~ 10:30 a.m., and the date to file the Rule 26(f) Report, complete initial disclosures or state objection to the Rule 26(f) Report, and file a Case Management Statement is extended to November 6, 2007.

So ordered this __20__ day of __August__, 2007.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO FILE RULE 26(F) REPORT AND FILE CASE MANAGEMENT STATEMENT
CASE No. 07-02621 RMW