1 PETER D. KEISLER
Assistant Attorney General
2
3 SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
4 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
5
STEPHEN L. JOHNSON (CSBN 145771)
6 Assistant United States Attorney

7 THEODORE C. HIRT
Assistant Director
8 Federal Programs Branch

9 HERBERT E. FORREST
Trial Attorney -- D.C. Bar No. 4432
10 Federal Programs Branch
Civil Division –Room 7112
11 United States Department of Justice
20 Massachusetts Avenue, N.W.
12 Washington, D.C. 20530
Telephone: (202) 514-2809
13 Facsimile: (202) 616-8470
Email: herbert.forrest@usdoj.gov
14
Attorneys for Defendant Executive Office for United States Trustees
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIDES CENTER, | Case No. C-07-02621 RMW |
| Plaintiff, | **ECF NOTICE OF PAPER FILING OF ADMINISTRATIVE RECORD** |
| EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Defendant Executive Office for United States Trustees, by its undersigned attorneys, by Electronic Case Filing hereby gives notice of the filing with the Clerk of the Court of the certified Administrative Record in this action consisting of 297 pages in paper form.

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | PETER D. KEISLER<br>Assistant Attorney General |
| 5 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 6 | |
| 7 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 8 | STEPHEN L. JOHNSON (CSBN 145771)<br>Assistant United States Attorney |
| 9 | |
| 10 | THEODORE C. HIRT<br>Assistant Director<br>Federal Programs Branch |

/s/ Herbert E. Forrest
HERBERT E. FORREST
Trial Attorney -- D.C. Bar No. 4432
Federal Programs Branch
Civil Division –Room 7112
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2809
Facsimile: (202) 616-8470
Email: herbert.forrest@usdoj.gov

Attorneys for Defendant Executive Office
for United States Trustees

August 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice and of the Administrative Record in this action were filed in paper form with the Clerk of the Court and served upon the attorneys of record for plaintiff as follows by Federal Express next day delivery, this 21st day of August, 2007:

>William McGrane, Esq.
>Christopher Daniel Sullivan, Esq.
>McGrane Greenfield LLP
>One Ferry Building
>Suite 220
>San Francisco, CA 94111
>
>George Larry Engel, Esq.
>Natalie Leonard, Esq.
>Morrison & Foerster LLP
>425 Market Street
>San Francisco, CA 04105
>
>Attorneys for Plaintiff
>
>/s/ Herbert E. Forrest
>Herbert E. Forrest
>
>Attorney for Defendant

ECF NOTICE OF PAPER FILING OF ADMINISTRATIVE RECORD
Case No. C-07-02621 RMW