G. LARRY ENGEL (BAR NO. 053484)
LEngel@mofo.com
NATALIE LEONARD (BAR NO. 236634)
NLeonard@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM McGRANE (BAR NO. 057761)
WMcGrane@McGraneGreenfield.com
CHRISTOPHER D. SULLIVAN (BAR NO. 148083)
CSullivan@McGraneGreenfield.com
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, California 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777

Attorneys for Petitioner
TIDES CENTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TIDES CENTER,<br><br>    Petitioner,<br><br>v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE,<br><br>    Respondent. | No.    5:07-cv-02621-RMW<br><br>**MOTION FOR WITHDRAWAL OF NATALIE LEONARD AS ATTORNEY FOR PETITIONER and DECLARATION IN SUPPORT OF MOTION** |

This motion requests the withdrawal of Natalie Leonard of Morrison & Foerster LLP as an attorney of record in this case. Ms. Leonard provided written notice of her intent to withdraw to both Tides Center and the Executive Office of the United States Trustee via email earlier today, pursuant to Local Rule 11-5(a). See Declaration of Natalie Leonard, Exhibit 1. Ms. Leonard seeks to withdraw because she is leaving the firm of Morrison & Foerster LLP effective September 14, 2007. Leonard Dec. ¶ 3.

Ms. Leonard's withdrawal will not disadvantage any party or slow the progress of the case in any way. Both William McGrane and G. Larry Engel will remain as attorneys of record in the case for Tides Center and will advance the case diligently and vigorously. Leonard Dec. ¶ 3

Dated: September 14, 2007

        G. LARRY ENGEL
        NATALIE LEONARD
        MORRISON & FOERSTER LLP

        WILLIAM McGRANE
        CHRISTOPHER D. SULLIVAN
        McGRANE GREENFIELD LLP

        By: _____/s/ Natalie Leonard_____
                Natalie Leonard

        Attorneys for Petitioner
        TIDES CENTER

# DECLARATION

I, Natalie Leonard, declare as follows:

1. I am an attorney duly licensed to practice in the state of California, and am an Associate at the law firm of Morrison & Foerster LLP, counsel for Petitioner Tides Center in this case. I have personal knowledge of the matters stated in this declaration. I could and would testify competently to the matters stated herein if called to do so.

2. Attached to this declaration as **Exhibit 1** is true and correct copy of a September 14, 2007 e-mail to all counsel informing them of my intention to withdraw from this matter, and informing them that G. Larry Engel and William McGrane will remain as counsel for petitioners.

3. I request my withdrawal because I will be leaving the firm of Morrison & Foerster effective September 14, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 14, 2007, at San Francisco, California.

                                                 /s/ Natalie Leonard
                                                 Natalie Leonard