## Fuller, Brenda J.

**From:** Leonard, Natalie
**Sent:** Friday, September 14, 2007 3:43 PM
**To:** Fuller, Brenda J.
**Subject:** FW: Withdrawal of Natalie Leonard as counsel for Tides Center v EOUST

**PRIVILEGED AND CONFIDENTIAL -- SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

---

**From:** Leonard, Natalie
**Sent:** Friday, September 14, 2007 2:26 PM
**To:** 'theodore.hirt@usdoj.gov'; 'herbert.forrest@usdoj.gov'
**Cc:** Engel, Larry; 'William McGrane'
**Subject:** Withdrawal of Natalie Leonard as counsel for Tides Center v EOUST

Counsel:

This note advises you in writing pursuant to local rule 11-5(a) that I will be withdrawing as counsel for petitioner in the matter of Tides Center v. EOUST, 5:07-cv-02621-RMW because I am leaving the firm of Morrison & Foerster LLP. Both G. Larry Engel and William McGrane will remain as counsel for petitioners.

Best Regards,
Natalie Leonard
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
nleonard@mofo.com
415/268-7096