IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIDES CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, et al.,<br><br>　　　　Defendant. | ***E-FILED - 11/7/07***<br><br>CASE NO.: C-07-02621-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　　PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for November 16, 2007, has been continued to **December 7, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are ordered to file a Joint Case Management Statement by November 30, 2007.

　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: November 7, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte

1
2
3 Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28