G. LARRY ENGEL [053484]
MORRISON & FOERSTER LLP
425 Market Street, 30th Floor
San Francisco, CA 94105-2482
Telephone: (415) 268-6927
Email: lengel@mofo.com
WILLIAM McGRANE [057761]
CHRISTOPHER D. SULLIVAN [148083]
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone (415) 283-1776
Facsimile: (415) 283-1777
 Email: wmcgrane @mcgranegreenfield.com
    Attorneys for Tide Center
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney
THEODORE C. HIRT
Assistant Director
Federal Programs Branch
HERBERT E. FORREST
Trial Attorney -- D.C. Bar No. 4432
Federal Programs Branch
Civil Division –Room 7112
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2809
Facsimile: (202) 616-8470
Email: herbert.forrest@usdoj.gov
    Attorneys for Defendant Executive Office for United States Trustees

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TIDES CENTER, | Case No. C-07-02621 RMW |
| Plaintiff, | **NOTICE OF JOINT MOTION TO DISMISS** |
| EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE, | **JOINT MOTION TO DISMISS** |
| Defendant. | **MEMORANDUM OF POINTS AND AND AUTHORITIES IN SUPPORT** |

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW

```
                                Date:        December 21, 2007
                                Time:        9:00 a.m.
                                Courtroom:   280 South First Street
                                             San Jose, CA 95113
                                             Courtroom 6, 4th Floor
```

## I. NOTICE OF JOINT MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT** at the date and time captioned above, plaintiff Tides Center and defendant Executive Office for United States Trustees (EOUST) will jointly move the Court to dismiss this action without prejudice, in accordance with the Settlement Agreement submitted herewith as Attachment A. This motion is made pursuant to Fed. R. Civ. P. 41(b) and L.R. 7-1 et seq.

## II. JOINT MOTION TO DISMISS

Plaintiff and defendant, by their undersigned counsel of record, hereby jointly move the Court to issue an order dismissing this action without prejudice but retaining jurisdiction to enforce the terms of the Settlement Agreement, in conformity with the Paragraphs 11 and 12 of the Settlement Agreement, which provide:

> 11. Upon signature of this Settlement Agreement, the Parties will file a joint motion seeking an order dismissing the Complaint **without** prejudice in accordance with this Settlement Agreement. This Settlement Agreement shall be attached to and incorporated in the District Court's dismissal order.
>
> 12. The District Court's dismissal order shall provide that the United States District Court for the Northern District of California retains jurisdiction for purposes of construction and enforcement of this Settlement Agreement as consideration agreed to by the Parties for the dismissal of this action. The Parties agree that the District Court's review of any action related to this Settlement Agreement will be governed by any relevant standards of review set forth in the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq., for judicial review of federal agency actions.

## III. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

This action seeks judicial review under the Administrative Procedure Act of EOUST's denial of an application by plaintiff for approval as a nonprofit budget and credit counseling agency under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, 11 U.S.C.

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW

§§ 109 and 111, and the EOUST's Interim Final Rule implementing the statute, 71 Fed. Reg. 38076 (July 5, 2006), 28 C.F.R. Part 58.

After a series of negotiations between the parties and their counsel, the parties have entered into a Settlement Agreement, Attachment A, adopting procedures and practices to bring Tide Center's budget and credit counseling operations into compliance with the requirements of the Act and the Interim Final Rules to qualify for approval by EOUST of Tides Center as a budget and credit counseling agency.

As consideration for the dismissal of this suit without prejudice, the parties have agreed to enter into the Settlement Agreement setting forth the terms and conditions for Tides Centers' operations on an Internet-based web in conformity with the requirements of the statute and Interim Final Rule, and providing that this Court shall retain jurisdiction for purposes of construction and enforcement of the Settlement Agreement.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court issue an order dismissing this action without prejudice, and providing that the Court retains jurisdiction for purposes of construction and enforcement of the Settlement Agreement, to be attached to the order, as agreed consideration for the dismissal of this action, subject to judicial review of any federal agency action relating to the Settlement Agreement pursuant to any relevant standards for review set forth in the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq.

Respectfully submitted,

TIDES CENTER

By: /s/ William McGrane
WILLIAM McGRANE
McGRANE GREENFIELD

Lead Attorney for Tides Center

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW

EXECUTIVE OFFICE FOR
UNITED STATES TRUSTEES,
DEPARTMENT OF JUSTICE

By: /s/ Herbert E. Forrest
HERBERT E. FORREST
Federal Programs Branch
Civil Division

Lead Attorney for Executive Office
for United States Trustees,
Department of Justice

November 15, 2007

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW

G. LARRY ENGEL [053484]
NATALIE LEONARD [236634]
MORRISON & FOERSTER LLP
425 Market Street, 30th Floor
San Francisco, CA 94105
Telephone: (415) 268-6927
Email: Nleonard@mofo.com
WILLIAM McGRANE [057761]
CHRISTOPHER D. SULLIVAN [148083]
McGRANE GREENFIELD LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
Telephone (415) 283-1776
Facsimile: (415) 283-1777
Email: wmcgrane @mcgranegreenfield.com
   Attorneys for Tide Center
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney
THEODORE C. HIRT
Assistant Director
Federal Programs Branch
HERBERT E. FORREST
Trial Attorney -- D.C. Bar No. 4432
Federal Programs Branch
Civil Division –Room 7112
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2809
Facsimile: (202) 616-8470
Email: herbert.forrest@usdoj.gov
   Attorneys for Defendant Executive Office for United States Trustees

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TIDES CENTER, | Case No. C-07-02621 RMW |
| Plaintiff, | |
| EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES, DEPARTMENT OF JUSTICE, | **ORDER OF DISMISSAL** |
| Defendant. | |

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW

UPON CONSIDERATION OF the Joint Motion to Dismiss and Memorandum of Points and Authorities in Support filed by the parties in this action, and of their Settlement Agreement attached hereto, which is hereby incorporated by reference, as agreed consideration for the dismissal of this action, and upon consideration of the entire record, and the Court being fully advised in the premises, and good cause having been shown for the dismissal of this action and for the Court to retain jurisdiction over the Settlement Agreement, it is by the Court, this _____ day of _____, 2007,

ORDERED, That said joint motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, That this action be, and the same hereby is, DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED, That the Court RETAINS JURISDICTION for purposes of construction and enforcement of this Settlement Agreement; and it is

FURTHER ORDERED, That the Court's review of any federal agency action related to this Settlement Agreement SHALL BE GOVERNED by the relevant standards of review of the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq.

_____
RONALD M. WHYTE
United States District Judge

NOTICE OF JOINT MOTION TO DISMISS, JOINT MOTION TO DISMISS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
Case No. 07-2621 RMW