```
1   G. LARRY ENGEL [053484]
    NATALIE LEONARD [236634]
2   MORRISON & FOERSTER LLP
    425 Market Street, 30th Floor
3   San Francisco, CA 94105
    Telephone:    (415) 268-6927
4   Facsimile:    (415) 276-7160
    Email:        NLeonard@mofo.com
5
    WILLIAM MCGRANE (CA BAR #057761)
6   CHRISTOPHER D. SULLIVAN [148083]
    McGRANE GREENFIELD LLP
7   One Ferry Building, Suite 220
    San Francisco, CA 94111
8   Telephone:    (415) 283-1776
    Facsimile:    (415) 283-1777
9   Email:        wmcgrane@mcgranegreenfield.com

10  Attorneys for The Tides Center
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| THE TIDES CENTER, | Case No. CV 07-02621 RMW |
|---|---|
| Plaintiff, | **STIPULATION MODIFYING DATES PURSUANT TO PARAGRAPH 13 OF THE SETTLEMENT AGREEMENT** |
| vs. | |
| EXECUTIVE OFFICE OF THE UNITED STATES TRUSTEE, DEPARTMENT OF JUSTICE, | |
| Defendant. | |

1. Plaintiff TIDES CENTER ("Plaintiff") and defendant EXECUTIVE OFFICE FO THE UNITED STATES TRUSTEE, DEPARTMENT OF JUSTICE ("Defendant"), acting through undersigned counsel of record hereby stipulate to the following:

1. The parties agree to modify the date of January 15, 2008, enumerated in paragraph 13(a) of the Settlement Agreement, to March 15, 2008, regarding Tides providing EOUST with access to the final version of the Tides Beta Site for Internet-based counseling and Tides submission of credentials of the counselor(s) and the supervisor Tides has hired and intends to hire.

2. The parties further agree to modify the date of January 31, 2008, enumerated in paragraph 13(b) of the Settlement Agreement, to March 30, 2008 regarding EOUST's Approval of Tides Beta Site.

DATED: January __, 2008

MORRISON & FOERSTER LLP
MGRANE GREENFIELD LLP

By: _____
William McGrane
Attorneys for the Tides Center
McGRANE GREENFIELD LLP

EXECUTIVE OFFICE OF THE
UNITED STATES TRUSTEE,
DEPARTMENT OF JUSTICE

By: _____
Herbert Forrest
Counsel for the EXECUTIVE OFFICE
OF THE UNITED STATES TRUSTEE

2
Stipulation Modifying Dates